UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VINCENT JAMES BIAGIS,<br><br>    Petitioner,<br><br>    vs.<br><br>JAMES WALKER, Warden,<br><br>    Respondent. | Case No: C 10-02429 SBA (pr)<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Respondent's Renewed Motion to Dismiss Petition,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Respondent.

IT IS SO ORDERED.

Dated: _1/30/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.10\Biagis2429 - Judgment.docx

|     |                                              |
| --- | -------------------------------------------- |
| 1   | UNITED STATES DISTRICT COURT                 |
| 2   | FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA   |
| 3   |                                              |
| 4   | VINCENT BIASAS,                              |
| 5   |     Plaintiff,           |
| 6   |  v.                                     |
| 7   | JAMES WALKER et al,                          |
| 8   |     Defendant.           |
| 9   | _____/            |

Case Number: CV10-02429 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent James Biagas D-66188
CSP-Sacramento
CA State Prison-Folsom(New)
P O Box 290066
Represa, CA 95671

Dated: February 1, 2013

                                Richard W. Wieking, Clerk
                                  By: Lisa Clark, Deputy Clerk