UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VINCENT JAMES BIAGIS,<br><br>        Petitioner,<br><br>   vs.<br><br>JAMES WALKER, Warden,<br><br>        Respondent. | Case No:  C 10-02429 SBA (pr)<br><br>**JUDGMENT** |

      In accordance with the Court's Order Granting Respondent's Renewed Motion to Dismiss Petition,

      IT IS HEREBY ORDERED THAT final judgment is entered in favor of Respondent.

      IT IS SO ORDERED.

Dated: _1/30/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.10\Biagis2429 - Judgment.docx

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VINCENT BIASAS,

       Plaintiff,

  v.

JAMES WALKER et al,

       Defendant.
_____/

Case Number: CV10-02429 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent James Biagas D-66188
CSP-Sacramento
CA State Prison-Folsom(New)
P O Box 290066
Represa, CA 95671

Dated: February 1, 2013

                    Richard W. Wieking, Clerk
                      By: Lisa Clark, Deputy Clerk